Wendy M. Krincek
Nevada Bar No. 6417
Luke W. Molleck, Esq.
Nevada Bar No. 14405
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:   702.862.8800
Fax No.:       702.862.8811
wkrincek@littler.com
lmolleck@littler.com

*Attorneys for Defendant*
VALLEY HEALTH SYSTEM LLC d/b/a SPRING VALLEY HOSPITAL MEDICAL CENTER

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERESA RENITA BURWELL,<br><br>Plaintiff,<br><br>v.<br><br>SPRING VALLEY HOSPITAL, ANGELINE FORD, SHERRY CROSBY, MARJORIE SCHMIDT,<br><br>Defendants. | Case No. 2:24-CV-02059-RFB-BNW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff TERESA RENITA BURWELL ("Plaintiff") and Defendant VALLEY HEALTH SYSTEM LLC d/b/a SPRING VALLEY HOSPITAL MEDICAL CENTER, ("Defendant"), hereby agree and stipulate to extend the time for Defendant to file a response to the First Amended Complaint from the current deadline of February 19, 2025, up to and including **March 5, 2025.**

The requested extension is necessary in light of the fact that Defendant's counsel was recently retained and will allow defense counsel to conduct an investigation into the allegations and to prepare a response to the First Amended Complaint.

///

///

///

4913-7301-6857

1      This is the first request for an extension of time to respond to the First Amended Complaint.

2  This request is made in good faith and not for the purpose of delay.

3  Dated: February ___, 2025                  Dated: February  12 , 2025

Respectfully submitted,

*/s/ Teresa R Burwell*  2/12/2025

/s/ Luke W. Molleck

TERESA RENITA BURWELL          WENDY MEDURA KRINCEK, ESQ.
LUKE W. MOLLECK, ESQ.
*Pro se*                               LITTLER MENDELSON, P.C.

Attorneys for Defendant
VALLEY HEALTH SYSTEM LLC D/B/A SPRING VALLEY HOSPITAL MEDICAL CENTER

**IT IS SO ORDERED.**

Dated:  2/13/2025

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937

2

4913-7301-6857