Wendy M. Krincek
Nevada Bar No. 6417
Luke W. Molleck, Esq.
Nevada Bar No. 14405
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:    702.862.8800
Fax No.:      702.862.8811
wkrincek@littler.com
lmolleck@littler.com

*Attorneys for Defendants*
VALLEY HEALTH SYSTEM LLC d/b/a SPRING
VALLEY HOSPITAL MEDICAL CENTER

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERESA RENITA BURWELL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SPRING VALLEY HOSPITAL, ANGELINE FORD, SHERRY CROSBY, MARJORIE SCHMIDT,<br><br>　　　　Defendants. | Case No. 2:24-CV-02059-RFB-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

   Plaintiff TERESA RENITA BURWELL ("Plaintiff") and Defendants VALLEY HEALTH SYSTEM LLC d/b/a SPRING VALLEY HOSPITAL MEDICAL CENTER ("Defendant") (collectively "Parties"), by and through their undersigned counsel, respectfully request that the Court approve this Stipulation seeking dismissal of this entire civil action (all parties and claims) with prejudice. The Parties agree that no party shall be deemed to be a prevailing party in this action and that each party shall bear its own fees, costs and expenses for the claims dismissed by

///

///

///

///

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas NV 89169-5937

4901-5928-4004 / 069080.1280

1  this Stipulation and Order.
   Dated: March 7th, 2025

2  Respectfully submitted,

3  _____
   TERESA RENITA BURWELL

4  *Pro se*

Dated: March 7, 2025

Respectfully submitted,

/s/ Luke W. Molleck
WENDY MEDURA KRINCEK, ESQ.
LUKE W. MOLLECK, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
VALLEY HEALTH SYSTEM LLC D/B/A
SPRING VALLEY HOSPITAL MEDICAL CENTER

**IT IS SO ORDERED.**

Dated: March 7, 2025.

_____
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937

4901-5928-4004 / 069080.1280